Before STATE INDUSTRIAL BOARD, Respondent. JOHN SANELLI, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there was no legal proof to establish a loss other than a loss of one finger and a stiffness of a second finger, and, therefore, no evidence of the loss of use of the hand. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. STEFAN TRAFALSKI, Respondent, v. BUFFALO STEEL CAR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY B. PIERCE and Others, Respondents, v. DODGE STEEL PULLEY CORPORATION and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Van Cise* v. *Standard Oil Co.* (209 App. Div. 838; affd., 239 N. Y. 587). All concur.

FRANK HOTALING, Appellant, v. CHARLES E. HARDIES and Another, Respondents.— Order and judgment unanimously affirmed, with costs.

LEDWITH J. DOWD and Another, Respondents, v. WILLIAM H. HELLAWELL, Otherwise Known as WILLIAM G. TOOHEY, Appellant.— Judgment and order unanimously affirmed, with costs.

CORRINNA CORNELLIER, Respondent, v. EVANGELOS A. FORTULAKIS, Appellant. — Judgment and order unanimously affirmed, with costs.

TOWN OF SARATOGA and Another, Respondents, v. FREDERICK STUART GREENE, Individually and as Superintendent of Public Works of the State of New York, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur, except Hinman, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. TONY MERILLO, Respondent, v. METAL PACKAGE CORPORATION OF NEW YORK, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Di Salvio* v. *Menihan Co.* (225 N. Y. 123); *Matter of Rendino* v. *Continental Can Co.* (226 id. 565, revg. 186 App. Div. 924); *Matter of Heitz* v. *Ruppert* (218 N. Y. 148); *Matter of Gifford* v. *Patterson, Inc.* (222 id. 4). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DOMINICK SANDO, Respondent, v. READ-CODDINGTON ENGINEERING COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to· abide the event, on the ground that there was no proof that the earning capacity of the claimant after the accident was as little as the sum of two dollars per day. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. AUGUST RYDEEN, Appellant, v. MONARCH FURNITURE Co., INC., and Another, Respondents.— Decision affirmed, without costs. All concur, except H. T. Kellogg, J., dissenting on the authority of *Matter of Knocks* v. *Metal Packing Corporation* (231 N. Y. 78).